```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 21829
   ROBERT C YALDEN
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3593


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/19/08 .

   2.  The case was dismissed without confirmation, 09/26/2008.

----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
----------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG        .00             .00            .00
BANK OF AMERICA NA         SECURED              .00             .00            .00
US BANK                    CURRENT MORTG        .00             .00            .00
US BANK                    SECURED              .00             .00            .00
FREDRIKA YALDEN            CHILD SUPPORT   NOT FILED            .00            .00
BECKET & LEE LLP           UNSECURED       NOT FILED            .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED            .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED            .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED            .00            .00
CENTRAL DUPAGE HOSPITAL    UNSECURED       NOT FILED            .00            .00
EDWARD HOSPITAL            UNSECURED       NOT FILED            .00            .00
HSBC                       UNSECURED       NOT FILED            .00            .00
JENNIFER HURLEY            UNSECURED       NOT FILED            .00            .00
LOWES                      UNSECURED       NOT FILED            .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED            .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED            .00            .00
NAVY FEDERAL CREDIT UNIO   UNSECURED       NOT FILED            .00            .00
NICOR GAS                  UNSECURED       NOT FILED            .00            .00
FARMERS STATE BANK         UNSECURED       NOT FILED            .00            .00
----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
----------------------------------------------------------------------------
       Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00          .00          .00
PRINCIPAL PAID         .00         .00         .00          .00          .00
INTEREST PAID          .00         .00         .00          .00          .00
TOTAL PAID             .00         .00         .00          .00          .00
The Debtor's attorney, M HEDAYAT & ASSOC              , was allowed $     .00
and was paid $        .00 .

The Trustee received $        .00 .
```

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/18/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 08 B 21829 ROBERT C YALDEN